UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20091-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

AMIN LATOUFF,

Defendant.

_____/

## SENTENCING MEMORANDUM

The defendant, Amin Latouff, by and through undersigned counsel hereby files this Sentencing Memorandum:

Mr. Latouff was charged and pled guilty to conspiracy to commit an offense against the United States. The advisory guideline range, as agreed to by the parties, is 18-24 months. PSI at ¶ 104. The parties agree that a sentence of 18 months is appropriate in the instant case.

## CREDIT FOR TIME SERVED

Mr. Latouff should be given credit towards the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences as a result of the offense for which the sentence was imposed, that has not been credited against another sentence. 18 U.S.C. §3585(b)(2); *Hughes v. Slade*, 247 F.Supp.2d 821, 828-30 (C.D.Cal. 2004) (awarding credit under §3585(b)(2) for time spent in custody in a foreign country awaiting extradition to the United States). Mr. Latouff was arrested in the Dominican Republic on September 29, 2020. He appeared before the Court in the Dominican Republic on October 2, 2020, at which time he was ordered to remain under house arrest. Exhibit A, Coat of Arms, Certification. While a person in the United States does not normally get credit for time spent on home confinement, Mr.

Latouff should be granted credit for the time spent because 1) the conditions are much more stringent and akin to imprisonment; and 2) Mr. Latouff was advised by the Court and prosecution that he would be granted credit towards any sentence in the United States.

According to Mr. Latouff's attorneys Felipe Herrera de la Rosa and Malvyn Herrera de Jesus, "home confinement consists in deprivation of freedom, inability to come and go at the person's will, including, movement restrictions within the common areas of the building of residence." Exhibit B, Sworn Statement at p. 4. Mr. Latouff was unable to leave his residence during the almost ten months that he was on home confinement. He was unable to leave his home to see his attorney, go to the doctor, even throw out the trash down the hallway of his apartment. "During the period of home arrest that Mr. Amin Latouff was serving, he was able to leave his domicile on three occasions and this was while observing the strict protocol established by the Public Ministry: that is, going out only under the custody of personnel from the new correctional model under the office of the attorney general, while handcuffed, and being moved in vehicles from the institution previously indicated." *Id.* In addition, Mr. Latouff and his attorneys were advised by the representative of the United States before the Office of the Attorney General of the Republic, Ms. Analdi Alcantara Abreu, that Mr. Latouff "would receive credit against any possible sentence he might receive in the United States for any time that he could be deprived of his freedom." *Id.* at 5. The Certification issued on October 19, 2021 by the Office of the Attorney General in the Dominican Republic certifies that Mr. Latouff "was deprived of his freedom during the extradition proceedings since October 2, 2020 until the date of his departure to the United States of America." Exhibit A. This certification was issued only after Mr. Latouff had successfully completed the terms set by the Court. Records show that Mr. Latouff was paroled into the United States on August 18, 2021. PSI at 86.

On February 2, 2022, Mr. Latouff' will have served 16 months towards an 18-month sentence, essentially time served. Upon sentencing, he will be required to go to immigration until he can be deported back to his home country. Undersigned consulted with AUSA Eric Morales and provided the attached exhibits. The government is still investigating this issue and does not have a position on the time served at the time of this filing.

WHEREFORE, it is respectfully requested that Mr. Latouff be sentenced to 18 months with credit time served since September 29, 2020.

Respectfully submitted,

/s/ Sabrina Puglisi
Sabrina Puglisi
Fla. Bar No. 0324360

Puglisi Law
1900 N. Bayshore Drive, Suite 1A
Miami, Florida 33132
Tel: (305) 403-8063
Email: sabrina@puglisilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the United States Attorney's Office, Southern District of Florida.

/s/ Sabrina Puglisi
Sabrina Puglisi, Esq.